**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG -8 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DOVI LOWENBEIN and SHANI LOWENBEIN
On behalf of themselves and all similarly situated
consumers,

        Plaintiffs,

-against-

STUART I. JACOBS,

        Defendant.
----------------------------------------X

Civil Action No. 11 CV 6093
(CBA)

**STIPULATION OF
VOLUNTARY DISMISSAL**

    Plaintiffs, Dovi Lowenbein and Shani Lowenbein, hereby voluntarily dismiss this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements or attorney's fees to either party as against the other.

    An executed faxed copy of this Stipulation shall be deemed the same as a signed original.

This, the _____ day of June, 2012.

_____
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
Attorneys for Plaintiffs
483 Chestnut Street
Cedarhurst, NY 11516
(516) 791-4400

DATED: 7/3/12

_____
Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Defendant
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844
File No. 1641-96496

DATED: 7/3/12

SO ORDERED: s/CBA
August 7, 2012
                USDJ